

**Appeal Ordered Withdrawn and Opinion issued April 26, 2000**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

No. 05-99-00396-CR
No. 05-99-00397-CR

---

**MANUEL GOMEZ, Appellant**

**V.**

**STATE OF TEXAS, Appellee**

---

**On Appeal from the 199th District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-80252-98 & 199-80253-98**

---

## OPINION PER CURIAM

Before Chief Justice Thomas and Justices Kinkeade and O'Neill

Appellant has filed a motion to withdraw the appeal. Appellant's counsel has approved the motion.

This Court hereby **GRANTS** the motion and **ORDERS** the appeal withdrawn and that this decision be certified below for observance. See TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

Case Number: 05-99-00397-CR    Date Filed: 03/09/1999

Style:  Gomez, Manuel
        v.
        The State of Texas

Trial Judge:            Dry, Robert T.
Trial Court Reporter:       Vacera, Sheri
Trial Court:            199TH DISTRICT COURT  Trial County:   COLLIN

---

APP   W. Craig Barlow
      ATT 001758555
      Attorney at Law
      435 North Central Expressway
      Richardson, TX 75080
      Phone 972/231-3330
      Fax 972/231-3351

STA   Tom O'Connell
      ATT 015181000
      Criminal District Attorney
      Collin County Courthouse
      210 S. McDonald Street, Suite 324
      McKinney, TX 75069
      Phone 972/548-4323
      Fax 972/542-3052